**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 20-2134**

---

ANBASA TRAZELL,

Plaintiff - Appellant,

v.

DELAWARE ELEVATOR, INC.,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:20-cv-02265-RDB)

---

Submitted:  February 23, 2021                    Decided:  February 25, 2021

---

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anbasa Trazell, Appellant Pro Se.  Maurice Baskin, Rosa Schware Trembour, LITTLER MENDELSON PC, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anbasa Trazell appeals the district court's order granting Defendant's motion to dismiss Trazell's complaint filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, for failure to exhaust administrative remedies, for failure to state a claim, and because Trazell's claims are time-barred. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Trazell v. Delaware Elevator, Inc.*, No. 1:20-cv-02265-RDB (D. Md. Oct. 8, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
